| | |
|---|---|
| 1 | Christin Cho (Cal Bar No. 238173) |
| | Email: christin@dovel.com |
| 2 | Simon Franzini (Cal Bar No. 287631) |
| | Email: simon@dovel.com |
| 3 | Jonas B. Jacobson (Cal Bar No. 269912) |
| | Email: jonas@dovel.com |
| 4 | DOVEL & LUNER, LLP |
| | 201 Santa Monica Blvd., Suite 600 |
| 5 | Santa Monica, CA 90401 |
| | Tel: 310-656-7066 |
| 6 | |
| 7 | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA GOLDSTEIN, individually and on behalf of all others similarly situated, | Case No. 2:23-CV-04752-SPG-JC |
| Plaintiff, | **Joint Stipulation to Set Briefing Schedule** |
| v. | Complaint served:   June 22, 2023 |
| WHIRLPOOL CORPORATION, | |
| Defendant. | |

Debra Goldstein ("Plaintiff") and Whirlpool Corporation ("Whirlpool" or "Defendant") stipulate, via counsel, to the following briefing schedule:

WHEREAS, the above-entitled action ("Action") was filed on June 16, 2023;

WHEREAS, Defendant filed its motion to dismiss ("Motion") on August 18, 2023;

WHEREAS, counsel for the Parties proposes a briefing schedule to accommodate counsels' conflicting case obligations;

NOW, THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate and agree, subject to approval by the Court, that the following schedule shall apply in this action:

STIPULATION RE BRIEFING SCHEDULE; CASE NO. 2:23-CV-04752-SPG-JC

- Plaintiff shall oppose Defendant's Motion or amend her Complaint as a matter of course under FRCP 15(a)(1)(B), on September 27, 2023;
- Defendant shall file a reply in support of its Motion, if any, on October 25, 2023;
- The hearing on Defendant's Motion to Dismiss shall be on November 8, 2023.

**SO STIPULATED.**

Respectfully submitted,

Dated: August 21, 2023               DOVEL & LUNER LLP

By: /s/Simon Franzini

*Counsel for Plaintiff
Debra Goldstein*

Dated: August 21, 2023               WHEELER TRIGG O'DONNELL LLP

By: /s/ Andrew Unthank

*Counsel for Defendant
Whirlpool Corporation*

**Attestation**

I, Simon Franzini, attest that Andrew Unthank of Wheeler Trigg O'Donnell LLP, counsel for Defendant Whirlpool, concurs in the filing of this document.

By: */s/ Simon Franzini*
Simon Franzini