**DOVEL & LUNER, LLP**
Richard Lyon (Cal. Bar No. 229288)
Rick@dovel.com
Gabriel Doble (Cal. Bar No. 335335)
gabe@dovel.com
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
*Attorneys for Plaintiff*

**WHEELER TRIGG O'DONNELL LLP**
Andrew M. Unthank (pro hac vice)
unthank@wtotrial.com
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| DEBRA GOLDSTEIN, individually and on behalf of all others similarly situated,<br><br>                          Plaintiffs,<br><br>          v.<br><br>WHIRLPOOL CORPORATION,<br><br>                          Defendant. | Case No. 2:23-cv-04752-JWH-JDE<br><br>**STIPULATED MOTION TO VACATE CASE MANAGEMENT DEADLINES PENDING RULING ON MOTION TO DISMISS**<br><br>Place:    Courtroom 9D<br>Judge:   Hon. John W. Holcomb |

1

2   Plaintiff Debra Goldstein and Defendant Whirlpool Corporation. stipulate, via

3   counsel, to the following:

4   WHEREAS, on April 26, 2024, the Court entered an Order setting a briefing

5   schedule on Plaintiff's anticipated Motion for Class Certification, with Plaintiffs'

6   anticipated motion due February 21, 2025, and Whirlpool's anticipated opposition

7   due April 25, 2025 (ECF No. 59).

8   WHEREAS, Plaintiff subsequently amended her pleading in this matter (ECF

9   No. 63) and Whirlpool thereafter moved to dismiss Plaintiff's amended pleading

10  (ECF No. 68). The Court held a hearing on Whirlpool's motion to dismiss on

11  November 22, 2024 (ECF No. 74). During that hearing, the Court took the motion to

12  dismiss under advisement and advised the parties that if the Court were delayed in

13  issuing its order on the motion to dismiss the parties should submit a stipulation to

14  address the pending case management deadlines. (*See* ECF No. 76; Tr. 114:24-115:5.)

15  NOW, THEREFORE, the Parties, by and through their respective undersigned

16  counsel, hereby stipulate and agree, subject to approval by the Court, that Plaintiff's

17  deadline to file its anticipated Motion for Class Certification, and Defendant's

18  deadline to file its anticipated opposition, shall be VACATED. The Parties further

19  stipulate and agree that in the event the Court's forthcoming order on Whirlpool's

20  motion to dismiss allows any claims to proceed, they shall meet and confer within 14

21  days of that order to discuss the status of the matter. Within 14 days following the

22  Parties' conference they shall submit a joint status report to the Court.

23

24

25

26

27

28

STIPULATED MOTION TO VACATE CASE MANAGEMENT DEADLINES
PENDING RULING ON MOTION TO DISMISS,
No. 2:23-cv-04752-JWH-JDE

**SO STIPULATED.**

Dated:  February 14, 2025          Respectfully submitted,

WHEELER TRIGG O'DONNELL LLP


By:  /s/ *Andrew M. Unthank*

*Attorneys for Defendant Whirlpool Corporation*

Dated:  February 14, 2025          DOVEL & LUNER LLP


By:  /s/ *Gabriel Doble*

Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Gabriel Doble (Cal. Bar No. 335335)
gabe@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiffs*

1
2
3
4
**<u>Attestation</u>**

5
I hereby attest that all other signatories listed, and on whose behalf the filing

6
is submitted, concur in the filing's content and have authorized the filing.

7
8
*/s/ Andrew M. Unthank*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED MOTION TO VACATE CASE MANAGEMENT DEADLINES
PENDING RULING ON MOTION TO DISMISS,
No. 2:23-cv-04752-JWH-JDE