1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DEBRA GOLDSTEIN, individually and on behalf of all others similarly situated, | Case No.:  2:23-cv-04752 JWH-JDE |
| Plaintiff, | Hon. John W. Holcomb<br>Courtroom 9D |
| vs. | Magistrate John D. Early<br>Courtroom 6A |
| WHIRLPOOL CORPORATION, a Delaware corporation | |
| Defendant. | **ORDER VACATING CASE MANAGEMENT DEADLINES PENDING RULING ON MOTION TO DISMISS** |
| | Date:     N/A<br>Time:     N/A<br>Place:    N/A<br>Judge:    Hon. John W. Holcomb |

21

22

23

24

25

26

27

28

The Court, having considered Defendant's Stipulated Motion to Vacate Case Management Deadlines Pending Ruling on Motion to Dismiss, hereby **ORDERS** as follows:

1.      The current deadlines for Plaintiff to move for class certification, and for Defendant to oppose class certification, are **VACATED**.

2.      In the event that the Court denies Whirlpool's pending motion to dismiss and allows any claims to proceed, the Parties are **DIRECTED** to meet and confer within 14 days of the Court's forthcoming order on that motion to discuss the status of the matter.

3.      The Parties are further **DIRECTED** to submit a joint status report to the Court within 14 days after their conference.

**IT IS SO ORDERED.**

Dated:   February 18, 2025

John W. Ho com
UNITED STATES DISTRICT JUDGE

2