JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA GOLDSTEIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>WHIRLPOOL CORPORATION,<br><br>    Defendant. | Case No. 2:23-cv-04752-JWH-JDE<br><br>**JUDGMENT** |

1    Pursuant to the "Order Granting Defendants' Motions to Dismiss [ECF
2  No. 73 in the Hedrick Case; ECF No. 68 in the Goldstein Case; and ECF No. 70
3  in the Norris Case]" entered substantially contemporaneously herewith, and in
4  accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

5    It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

6    1.    This Court possesses subject matter jurisdiction over the above-
7  captioned action pursuant to 28 U.S.C. § 1332(d).

8    2.    The operative complaint in this action is the Second Amended
9  Class Action Complaint [ECF No. 65].

10    3.    The claims for injunctive relief of Plaintiff Debra Goldstein are
11  **DISMISED** for lack of jurisdiction.

12    4.    Judgment is hereby **ENTERED** in **FAVOR** of Defendant
13  Whirlpool Corporation and **AGAINST** Plaintiff Debra Goldstein.  Plaintiff shall
14  take nothing by way of her Second Amended Complaint.  This action is
15  **DISMISSED**.

16    5.    To the extent that any party requests any other form of relief, such
17  request is **DENIED**.

18    **IT IS SO ORDERED.**

19
20  Dated:    April 28, 2025
21                                                        John W. Holcomb
                                                          UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28